

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

David J. Bradley
Clerk of Court

1300 Victoria, Ste. 1131
Laredo, TX 78040

To: **Eastern DISTRICT OF Michigan / Flint DIVISION re: Anthony Conrad Novak**
RE: Transfer of Criminal Action No. **5:10CR2285-001**

**FILED**

**MAY 3 0 2012**

CLERK'S OFFICE-DETROIT-PSG
U.S. DISTRICT COURT

Dear Sir/Madam:

  Enclosed are the original or certified copy of the order transferring the above-captioned case to your district and of the docket for that case. The case file can be accessed through the Electronic Case Filing/Pacer System for the Southern District of Texas at:

       www.ecf.txsd.uscourts.gov

  Please acknowledge receipt of these documents by signing the receipt below, indicating your case number and returning it to us in the enclosed envelope.

          David J. Bradley
          Clerk of Court

Date: May 23, 2012    By:  Sara A. Medellin, Deputy Clerk

---

Please complete and return acknowledgment to this office.

Received and filed under case number: _____

on_____ 2012.

         Clerk, United States District Court

        By: _____
          Deputy Clerk

RECEIVED

| PROB 22<br>(Rev. 8/97)   OCT 1 9 2011<br><br>U.S. DISTRICT COURT<br>FLINT, MICHIGAN | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>5:10CR02285-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>11-20546 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Anthony Conrad Novak<br>Flint, Michigan | DISTRICT<br><br>SOUTHERN DISTRICT OF TEXAS | DIVISION<br><br>Laredo  **FILED** |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Micaela Alvarez | **MAY 3 0 2012**<br><br>CLERK'S OFFICE-DETROIT-PSG |
| | DATES OF PROBATION/SUPERVISED RELEASE:<br>03/03/2011 | FROM U.S. DISTRICT COURT<br>03/02/2014 |

OFFENSE

Count 1: Conspiracy to transport an undocumented alien within the United States for purpose of commercial advantage or private financial gain by means of a motor vehicle

Counts 2 & 3: Transport an undocumented alien within the United States for purpose of commercial advantage or private financial gain by means of a motor vehicle

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF TEXAS</u> - LAREDO DIVISION

It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the <u>Eastern District of Michigan - Flint Division</u> on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

July 12, 2011
_____
*Date*

*Micaela Alvarez,*
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTER DISTRICT OF MICHIGAN - FLINT DIVISION</u>

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

SEP 0 1 2011
_____
*Effective Date*

*United States District Judge*

TRUE COPY I CERTIFY
ATTEST;
DAVID J. BRADLEY, Clerk of Court
By _____
                    Deputy Clerk

ccacaseinqall

05/23/2012 12:01 PM EDT

**U.S. Courts**
**Case Inquiry Report**
**Case Num: DTXS510CR002285; Party Num: 001; Payee Code:**
**Show Party Details: N; Show Payee Details: N; Show Transaction**

Case Number   DTXS510CR002285       Case Title   USA V. NOVAK ET AL.

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # |
|--------|-----------|-----------|-------------|-----------|-------------|
| 001 | PTYSG5049 | ANTHONY CONRAD NOVAK | 510CR228501 | SPECIAL PENALTY ASSESSMENT | |
| 001 | PTYSG5049 | ANTHONY CONRAD NOVAK | 510CR228501 | FINE-CRIME VICTIMS FUND | |

**Registry Information:**

| Depository Code | Depository Name | | Account Type |
|----------------|-----------------|---|--------------|

**Transaction Information:**

| Document Type/Number* | | Document Date | Accomplished Date | Line Type | | Amount | Party/Payee Name |
|-----------------------|---|---------------|-------------------|-----------|---|--------|------------------|
| Account Number | Debt Type Line# | Debt Type | | | Payee Line# | Depository Line# | J/S Account Code |
| CT LAR002200 | | 04/21/2011 | 04/21/2011 | PR | | 100.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | |
| CT LAR002404 | | 05/09/2011 | 05/11/2011 | PR | | 175.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | |
| CT LAR002529 | | 06/01/2011 | 06/02/2011 | PR | | 25.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 1 | SPECIAL PENALTY ASSESSMENT | | | | | |
| CT LAR002529 | | 06/01/2011 | 06/02/2011 | PR | | 125.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 2 | FINE-CRIME VICTIMS FUND | | | | | |
| CT LAR002749 | | 07/01/2011 | 07/07/2011 | PR | | 150.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 2 | FINE-CRIME VICTIMS FUND | | | | | |
| CT LAR003041 | | 08/08/2011 | 08/11/2011 | PR | | 150.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 2 | FINE-CRIME VICTIMS FUND | | | | | |
| CT LAR003421 | | 10/06/2011 | 10/13/2011 | PR | | 150.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 2 | FINE-CRIME VICTIMS FUND | | | | | |
| CT LAR003761 | | 12/05/2011 | 12/08/2011 | PR | | 150.00 | ANTHONY CONRAD NO |
| DTXS510CR002285-001 | 2 | FINE-CRIME VICTIMS FUND | | | | | |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---------------|--------------------|
| CT | Cash Receipt - CCA Automated |

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____ Deputy Clerk

CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:10-cr-02285-1
### Internal Use Only

Case title: USA v. Novak et al
Magistrate judge case number: 5:10-mj-02512

Date Filed: 10/26/2010
Date Terminated: 03/03/2011

Assigned to: Judge Micaela
Alvarez

**Defendant (1)**

**Anthony Conrad Novak**
*TERMINATED: 03/03/2011*

represented by **Francisco Javier Montemayor , Jr**
Attorney at Law
7718 McPherson Rd., Ste. F105
Laredo, TX 78040
956-722-0215
Fax: 956-722-0246
Email: lawjm@sbcglobal.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By
Deputy Clerk

**Pending Counts**

Conspiracy to transport
undocumented aliens within the
United States. PENALTY: Not
more than 10 yrs and/or
$250,000.00, $100 cvf each count,
not more than 3 yrs tsr
(1)

Transporting undocumented
aliens within the U.S. PENALTY:
Not more than 10 yrs and/or
$250,000.00, $100 cvf each count,
not more than 3 yrs tsr
(2-3)

**Disposition**

Time served concurrent to each
count; 3 yrs tsr concurrent,
comply with all terms; DNA
sample; $300 cvf; $1,000 fine at
$75 mthly to begin 60 days from
today; advised of right to appeal.

Time served concurrent to each
count; 3 yrs tsr concurrent,
comply with all terms; DNA
sample; $300 cvf; $1,000 fine at
$75 mthly to begin 60 days from
today; advised of right to appeal.

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

None

**Disposition**

## Highest Offense Level
## (Terminated)

None

## Complaints

8:1324.F---BRINGING IN AND
HARBORING ALIENS

**Disposition**

Time served concurrent to each
count; 3 yrs tsr concurrent,
comply with all terms; DNA
sample; $300 cvf; $1,000 fine at
$75 mthly to begin 60 days from
today; advised of right to appeal.

---

## Material Witness

**Bernardo Reyna Loredo**
*TERMINATED: 12/06/2010*

represented by **Laura Lucila Gomez**
de Anda Law Offices
212 Flores Ave
Laredo, TX 78040
956-726-0038
Fax: 956-726-0030 fax
Email: llgomez@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

## Material Witness

**Adolfo Ferrusca Hernandez**
*TERMINATED: 12/06/2010*

represented by **Laura Lucila Gomez**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

---

**Plaintiff**

**USA**                                          represented by **Frank T Pimentel**
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, NY 14202
716-843-5868
Fax: 716-551-3250
Email:
frank.t.pimentel@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Michael Ustynoski**
United States Attorney'sOffice
1100 Matamoros St
Ste 200
Laredo, TX 78040
956-721-4977
Fax: 956-726-2915
Email:
james.ustynoski@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
Email: flu.usatxs-@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*ATTORNEY TO BE NOTICED*

*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
Fax: 956-726-2915 fax
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2010 | 1 | COMPLAINT as to Anthony Conrad Novak (1), Paul Miller Kilbury (2), filed. (WEBB) (icontreras, ) (Additional attachment(s) added on 10/12/2010: # 1 Unredacted Complaint) (nortiz, ). [5:10-mj-02512] (Entered: 10/12/2010) |
| 10/12/2010 | 8 | Affidavit for Material Witness(es) Bernardo Reyna Loredo, Adolfo Ferrusca Hernandez as to Anthony Conrad Novak, Paul Miller Kilbury, filed.(nortiz) [5:10-mj-02512] (Entered: 10/14/2010) |
| 10/12/2010 | 9 | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Bernardo Reyna Loredo as to Anthony Conrad Novak, Paul Miller Kilbury, (Material Witness(es) informed of rights) held on 10/12/2010. Material Witness first appearance. Material Witness advised of rights. Material Witness advised that no charges are pending and that Material Witness is detained in case number 5:10-MJ-2512 USA v. Anthony Conrad Novak. Financial Affidavit, executed. Material Witness requested appointed counsel. Bond set at $5,000.00 c/s. Private Attorney, appointed. Next on list: Laura L. Gomez. Appearances: Josh Ackerman, f/Govt.; Julio Taboada, PTSO.(ERO: Sara Medellin) (Interpreter: Raul Gonzalez, used) Material Witness remanded to custody of U. S. Marshals, filed.(nortiz) [5:10-mj-02512] (Entered: 10/14/2010) |
| 10/12/2010 | 10 | Sealed Financial Affidavit CJA 23 by Material Witness Bernardo Reyna Loredo as to Anthony Conrad Novak, Paul Miller Kilbury, filed. [5:10-mj-02512] (Entered: 10/14/2010) |
| 10/12/2010 | 11 | CJA 20 for Material Witness Bernardo Reyna Loredo: Appointment of Attorney Laura Lucila Gomez for Bernardo Reyna Loredo as to Paul Miller Kilbury, Anthony Conrad Novak. |

CM/ECF LIVE- US District Court-Texas Southern

| | | (Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (nortiz) [5:10-mj-02512] (Entered: 10/14/2010) |
|---|---|---|
| 10/12/2010 | 12 | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia: INITIAL APPEARANCE OF MATERIAL WITNESS(ES) Adolfo Ferrusca Hernandez as to Anthony Conrad Novak, Paul Miller Kilbury, (Material Witness(es) informed of rights) held on 10/12/2010. Material Witness first appearance. Material Witness advised of rights. Material Witness advised that no charges are pending and that Material Witness is detained in case number 5:10-MJ-2512 USA v. Anthony conrad Novak. Financial Affidavit, executed. Material Witness requested appointed counsel. Private Attorney, appointed. Next on list: Laura L. Gomez. Bond set at $5,000.00 c/s. Appearances: Josh Ackerman, f/Govt.; Julio Taboada, PTSO.(ERO: Sara Medellin) (Interpreter: Raul Gonzalez) Material Witness remanded to the custody fo the U. S. Marshals., filed.(nortiz) [5:10-mj-02512] (Entered: 10/14/2010) |
| 10/12/2010 | 13 | Sealed Financial Affidavit CJA 23 by Material Witness Adolfo Ferrusca-Hernandez as to Anthony Conrad Novak, Paul Miller Kilbury, filed. [5:10-mj-02512] (Entered: 10/14/2010) |
| 10/12/2010 | 14 | CJA 20 for Material Witness Adolfo Ferrusca Hernandez: Appointment of Attorney Laura Lucila Gomez for Adolfo Ferrusca Hernandez as to Paul Miller Kilbury, Anthony Conrad Novak.(Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (nortiz) [5:10-mj-02512] (Entered: 10/14/2010) |
| 10/12/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge Guillermo R. Garcia: INITIAL APPEARANCE as to Anthony Conrad Novak, (Deft informed of rights) held on 10/12/2010. Defendants first appearance. Deft advised of charges and rights. Defendant requests appointed counsel. Financial Affidavit executed. Private Attorney, appointed. Next on list: Javier Montemayor. Bond set as to Anthony Conrad Novak (1) $75,000.00 c/s.( Preliminary Hearing set for 10/26/2010 at 10:00 AM in Courtroom 2B before Magistrate Judge J. Scott Hacker.) Appearances: Josh Ackerman, f/Govt.; Julio Taboada, PTSO. (ERO: Sara Medellin) (Interpreter: Raul Gonzalez, not used) Deft remanded to custody, filed.(nortiz) [5:10-mj-02512] (Entered: 10/12/2010) |
| 10/12/2010 | 3 | Sealed Financial Affidavit CJA 23 by Anthony Conrad Novak, filed. (nortiz) [5:10-mj-02512] (Entered: 10/12/2010) |

| 10/12/2010 | 4 | CJA 20 as to Anthony Conrad Novak Appointment of Attorney Francisco Javier Montemayor, Jr for Anthony Conrad Novak.. (Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (nortiz) [5:10-mj-02512] (Entered: 10/12/2010) |
| 10/15/2010 | 15 | Pretrial Services Report (Sealed) as to Anthony Conrad Novak, filed. (jpena, ) [5:10-mj-02512] (Entered: 10/15/2010) |
| 10/15/2010 | 16 | ORDER as to Anthony Conrad Novak. The Court, having considered "Pretrial Services Report" received October 14, 2010, is of the opinion and hereby orders that the defendant's bond set at $75,000.00, cash or surety, be modified to a $75,000.00 bond with a $1,000.00 cash deposit and one co-surety, along with the additional bond conditions set out by Pretrial Services.(Signed by Magistrate Judge Guillermo R. Garcia) Parties notified. (nortiz) [5:10-mj-02512] (Entered: 10/18/2010) |
| 10/22/2010 | 21 | WAIVER of Preliminary Hearing by Anthony Conrad Novak, filed.(Montemayor, Francisco) [5:10-mj-02512] (Entered: 10/22/2010) |
| 10/22/2010 | 22 | WAIVER of Detention Hearing by Anthony Conrad Novak, filed.(Montemayor, Francisco) [5:10-mj-02512] (Entered: 10/22/2010) |
| 10/22/2010 | 23 | Appearance Bond Entered as to Anthony Conrad Novak in amount of $75,000.00 with a $1,000.00 cash deposit, along with the additional bond conditions set out by Pretrial Services, Bond Depositor & Co-Surety: Amy J. Vondrasek, filed. (nortiz) (Additional attachment(s) added on 10/25/2010: # 1 Unredacted Bond) (nortiz, ). [5:10-mj-02512] (Entered: 10/25/2010) |
| 10/26/2010 | | **Terminate Deadlines and Hearings as to Anthony Conrad Novak, Paul Miller Kilbury. (bmendoza, ) [5:10-mj-02512] (Entered: 10/26/2010) |
| 10/26/2010 | 24 | INDICTMENT(Laredo)(The original indictment with the signature of the grand jury foreperson is on file under seal with the clerk) as to Anthony Conrad Novak (1) count(s) 1, 2-3, Paul Miller-Kilbury (2) count(s) 1, 2-3, filed. (dgonzalez) Modified on 11/16/2010 (dgonzalez). (Entered: 10/26/2010) |
| 10/26/2010 | 25 | NOTICE OF SETTING as to Anthony Conrad Novak. Arraignment set for 11/4/2010 at 11:00 AM in Courtroom 3C before Magistrate Judge Guillermo R. Garcia, filed. (dgonzalez) (Entered: 10/26/2010) |

| | | |
|---|---|---|
| 11/03/2010 | 28 | WAIVER of Presence at Arraignment and Entry of Plea of Not Guilty, filed.(Montemayor, Francisco) (Entered: 11/03/2010) |
| 11/03/2010 | 29 | ORDER granting 28 Waiver of Presence at Arraignment as to Anthony Conrad Novak (1).(Signed by Magistrate Judge Guillermo R. Garcia.) Parties notified.(vcantu) (Entered: 11/04/2010) |
| 11/03/2010 | 30 | SCHEDULING ORDER as to Anthony Conrad Novak. Pretrial Motion Filing due by 11/15/2010. Responses due by 11/22/2010. Final Pretrial Conference set for 12/6/2010 at 01:00 PM in Courtroom 2B before Magistrate Judge J. Scott Hacker. Jury Selection set for 12/10/2010 at 01:30 PM in Courtroom 2A before Magistrate Judge J. Scott Hacker. Parties notified. (vcantu) (Entered: 11/04/2010) |
| 11/19/2010 | | US ATTORNEY'S NOTICE OF APPEARANCE. Frank T Pimentel appearing for USA, filed.(Pimentel, Frank) (Entered: 11/19/2010) |
| 11/19/2010 | | US ATTORNEY'S NOTICE OF APPEARANCE. James Michael Ustynoski appearing for USA, filed.(Ustynoski, James) (Entered: 11/19/2010) |
| 12/06/2010 | | Minute Entry for proceedings held before Magistrate Judge J. Scott Hacker: RE-ARRAIGNMENT held on 12/6/2010. Anthony Conrad Novak (1) Guilty Counts 1, 2-3. Consent filed; Cold plea; PSI due date, 01/10/11; Sentencing date, 03/03/11 at 9:00 AM. (1:15 - 1:47). Appearances: Diana Song f/James Ustynoski f/Government; Mark Montemayor f/Javier Montemayor f/defendant; USPO Lloyd Soto/Elsa Cavazos; USM Lorenzo Billescas/Robert Vigil. (ERO: Mario Luna). (Interpreter: Francisco Vergara/Diana Gonzalez, not used). Deft continued on bond, filed. ( dflores ) (Entered: 12/06/2010) |
| 12/06/2010 | 33 | Consent to Administration of Guilty Plea and Fed.R.Crim.P. 11 Allocution by United States Magistrate Judge by Anthony Conrad Novak, filed.(bmendoza, ) (Entered: 12/07/2010) |
| 12/06/2010 | 34 | ORDER for Presentence Investigation and Disclosure & Sentencing Dates as to Anthony Conrad Novak. PSI Completion due by 1/10/2011 Sentencing set for 3/3/2011 at 09:00 AM in Courtroom 3B before Judge Micaela Alvarez.(Signed by Judge Micaela Alvarez) Parties notified. (bmendoza, ) (Entered: 12/07/2010) |

| 12/07/2010 | 40 | REPORT AND RECOMMENDATIONS as to Anthony Conrad Novak Objections to R&R due by 12/21/2010.(Signed by Magistrate Judge J. Scott Hacker) Parties notified. (nortiz) (Entered: 12/29/2010) |
| 01/03/2011 | 41 | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Anthony Conrad Novak re: 40 Report and Recommendations.(Signed by Judge Micaela Alvarez) Parties notified. (mmarquez) (Entered: 01/03/2011) |
| 02/15/2011 | 47 | Final Presentence Investigation Report (Sealed) as to Anthony Conrad Novak, filed. (egutierrez, ) (Entered: 02/15/2011) |
| 02/15/2011 | 48 | Confidential Sentencing Recommendation(Sealed) regarding Anthony Conrad Novak, filed. (egutierrez, ) (Entered: 02/15/2011) |
| 02/15/2011 | 49 | Sealed Addendum to 47 Final Presentence Investigation Report (Sealed) as to Anthony Conrad Novak, filed. (egutierrez, ) (Entered: 02/15/2011) |
| 02/15/2011 | 50 | Sealed Event, filed. (With attachments) (Entered: 02/15/2011) |
| 02/28/2011 | 51 | Supplemental Sealed Addendum to 47 Final Presentence Investigation Report (Sealed) as to Anthony Conrad Novak, filed. (egutierrez, ) (Entered: 02/28/2011) |
| 03/03/2011 | | Minute Entry for proceedings held before Judge Micaela Alvarez: Sentencing held on 3/3/2011 for Anthony Conrad Novak (1), 1, 2-3, Time served concurrent to each count; 3 yrs tsr concurrent, comply with all terms; DNA sample; $300 cvf; $1,000 fine at $75 mthly to begin 60 days from today; advised of right to appeal. Appearances:Josh Ackerman f/Govt, Javier Montemayor f/Deft, ZHoward f/USM, ECavazos f/USPO-L.(Court Reporter: Leticia Rangel [11:04-11:20]) (Interpreter:not used) Deft continued on bond, filed.(atrevino, ) (Entered: 03/03/2011) |
| 03/03/2011 | | (Court only) ***Terminated defendant Paul Miller-Kilbury and Anthony Conrad Novak, pending deadlines, and motions., ***Case Terminated (atrevino, ) (Entered: 03/03/2011) |
| 03/03/2011 | 52 | NOTICE OF NON-APPEAL by Anthony Conrad Novak,filed. (ehernandez) (Entered: 03/04/2011) |
| 03/07/2011 | 54 | JUDGMENT as to Anthony Conrad Novak.(Signed by Judge Micaela Alvarez) Parties notified. (nortiz) (Entered: 03/09/2011) |
| 03/07/2011 | 55 | Statement of Reasons (Sealed) as to Anthony Conrad Novak, |

| | | filed. (nortiz) (Entered: 03/09/2011) |
|---|---|---|
| 03/30/2011 | 58 | ORDER to Disburse Bond in the amount of $1,000.00 to Depositor: Amy J. Vondrasek as to Anthony Conrad Novak. (Signed by Judge Micaela Alvarez) Parties notified. (ehernandez) (Additional attachment(s) added on 3/31/2011: # 1 UNREDACTED) (ehernandez, ). (Entered: 03/31/2011) |
| 04/14/2011 | | Disbursement of Bond to AMY J VONDRASEK, $1,000.00 on 4/14/2011 as to Anthony Conrad Novak, filed. (agould, ) (Entered: 04/14/2011) |
| 05/22/2012 | 63 | Supervised Release Jurisdiction Transferred to Eastern District of Michigan - Flint Division, Case No. 11-20546 as to Anthony Conrad Novak. Letter mailed with certified copies of docket sheet and financial history., filed. (smedellin) (Entered: 05/23/2012) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 6 2010

David J. Bradley, Clerk
Laredo Division

DMG

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| ANTHONY CONRAD NOVAK | § | L-10-2285 |
| PAUL MILLER-KILBURY | § | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

On or about October 7, 2010, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

### ANTHONY CONRAD NOVAK and
### PAUL MILLER-KILBURY,

did knowingly and intentionally conspire and agree with other persons known and unknown to the grand jurors, to violate Title 8, United States Code, Section 1324, that is, to transport and move an alien who had come to, entered, and remained in the United States in violation of law in furtherance of such violation of law and for purpose of commercial advantage and private financial gain, within the United States.

In violation of Title 8 United States Code, Section 1324.

## COUNT TWO

On or about October 7, 2010, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

### ANTHONY CONRAD NOVAK and
### PAUL MILLER-KILBURY,

knowing and in reckless disregard of the fact that **BERNARDO REYNA LOREDO,** was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324 and Title 18, United States Code, Section 2.

## COUNT THREE

On or about October 7, 2010, in the Southern District of Texas and within the jurisdiction of the Court, **Defendants,**

### ANTHONY CONRAD NOVAK and
### PAUL MILLER-KILBURY,

knowing and in reckless disregard of the fact that **ADOLFO FERRUSCA HERNANDEZ,** was an alien who had come to, entered, and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324 and Title 18, United States Code, Section 2.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
FOREMAN OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

_____
JAMES M. USTYNOSKI
Assistant United States Attorney

MA

USA-74-24b
(Rev. 6-1-71)

**CRIMINAL DOCKET**

L-10-2285

NO.

_LAREDO___ DIVISION
FILE: 10-21052    L-10-2512M
_INDICTMENT_

Filed:___OCT 26 2010___

Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

JOSE ANGEL MORENO, USA,

JAMES M. USTYNOSKI, AUSA

ANTHONY CONRAD NOVAK

PAUL MILLER-KILBURY

| | Appt'd | Private |
|---|---|---|
| MA | | |

**CHARGE:**
**(TOTAL)**
**COUNTS:)**
**(3 )**

Ct. 1: Conspiracy to transport undocumented aliens within the United States   [8 USC 1324]
Cts. 2&3: Transporting undocumented aliens within the U.S.    [8 USC 1324 & 18 USC 2]

**PENALTY:**    Cts. 1-3:    Not More Than 10 Yrs. and/or $250,000, $100 Spec Assessment each count
NOT MORE THAN 3 YR TERM OF SUPERVISED RELEASE

In Jail:

On Bond:

No Arrest:

NAME & ADDRESS

of Surety:

**PROCEEDINGS:**

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

UNITED STATES OF AMERICA

V.

**ANTHONY CONRAD NOVAK**

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER: **5:10CR02285-001**

USM NUMBER: 78912-279

Francisco Javier Montemayor, Jr.
Defendant's Attorney

☐   See Additional Aliases.

**THE DEFENDANT:**

☒   pleaded guilty to count(s)      one, two, and three on December 6, 2010

☐   pleaded nolo contendere to count(s)
which was accepted by the court.

☐   was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i) | Conspiracy to transport an undocumented alien within the United States for purpose of commercial advantage or private financial gain by means of a motor vehicle | 10/07/2010 | One |

☒   See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has been found not guilty on count(s)

☐   Count(s)                                                 ☐ is ☐ are  dismissed on the motion of the  United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 3, 2011
Date of Imposition of Judgment

Signature of Judge

**MICAELA ALVAREZ**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

March 7, 2011

Date

BG    | RSP

AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1A

Case 5:10-cr-02285 Document 54 Filed in TXSD on 06/07/13 Page 2 of 7

Judgment -- Page 2 of 7

DEFENDANT:   **ANTHONY CONRAD NOVAK**
CASE NUMBER:   **5:10CR02285-001**

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | Transport an undocumented alien within the United States for purpose of commercial advantage or private financial gain by means of a motor vehicle | 10/07/2010 | Two |
| 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i) | Transport an undocumented alien within the United States for purpose of commercial advantage or private financial gain by means of a motor vehicle | 10/07/2010 | Three |

Case 4:11-cr-20546-MAG-MJH  ECF No. 2, PageID.20  Filed 05/30/12  Page 19 of 23

DEFENDANT:  **ANTHONY CONRAD NOVAK**
CASE NUMBER:   **5:10CR02285-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a

total term of _____ time served, as to each of Counts One, Two, and Three, to run concurrent.

The defendant was advised of the right to appeal the sentence,  including the right to appeal in forma pauperis, upon  proper documentation.

☐    See Additional Imprisonment Terms.

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:    **ANTHONY CONRAD NOVAK**
CASE NUMBER:    **5:10CR02285-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:    3 years, as to each of Counts One, Two, and Three to run concurrent.

☐    See Additional Supervised Release Terms.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

    ☐    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☒    See Special Conditions of Supervision.

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 08/05 Judgment in a Criminal Case
Sheet 3C -- Supervised Release

DEFENDANT:    **ANTHONY CONRAD NOVAK**
CASE NUMBER:    **5:10CR02285-001**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall adhere to the court-ordered schedule for the payment of a fine or restitution, if any.

DEFENDANT:   **ANTHONY CONRAD NOVAK**
CASE NUMBER:   **5:10CR02285-001**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $300.00 | $1,000.00 | $0.00 |

$100 assessment, as to each of Counts One, Two, and Three, for a total of $300. A fine of $1,000.00 as to each of Counts One, Two, and Three, to run concurrent.

☐   See Additional Terms for Criminal Monetary Penalties.

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentag** |
|---|---|---|---|
| | | | |

☐   See Additional Restitution Payees.

| **TOTALS** | $ _____ 0.00 | $ _____ 0.00 | |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐   the interest requirement is waived for the   ☐ fine     ☐   restitution.

☐   the interest requirement for the   ☐ fine     ☐   restitution is modified as follows:

☐   Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
          Sheet 6 -- Schedule of Payments

DEFENDANT: **ANTHONY CONRAD NOVAK**
CASE NUMBER: **5:10CR02285-001**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒  Lump sum payment of $ __100.00__ due immediately, balance due

   ☐  not later than _____ , or
   ☒  in accordance with ☒ C, ☐ D, ☐ E, or ☒ F below; or

B ☐  Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☒  Payment in equal _monthly_ installments of $ __75.00__ over a period of _____ , to commence __60__ days after the date of this judgment; or

D ☐  Payment in equal _____ installments of $ _____ over a period of _____ , to commence _____ days after release from imprisonment to a term of supervision; or

E ☐  Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒  Special instructions regarding the payment of criminal monetary penalties:
    Make all payments payable to: U.S. District Clerk, 1300 Victoria, Ste. 1131, Laredo, TX 78040.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐  See Additional Defendants and Co-Defendants Held Joint and Several.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

☐  See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.